FILED
CLERK, U.S. DISTRICT COURT

JAN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION          BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: 5:10 CR-0009-17
                                     )
                    Plaintiff,       )   ORDER OF DETENTION PENDING
                                     )   FURTHER REVOCATION
              v.                     )   PROCEEDINGS
                                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
_Allan Patrick Staley_               )   U.S.C. § 3143(a)(1))
                    Defendant.       )
                                     )

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central_ District of _California_ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        (X)  information in the Pretrial Services Report and Recommendation

        (X)  information in the violation petition and report(s)

        (X)  the defendant's nonobjection to detention at this time

        ( )  other: _____

1

1    and/ or

2    B. (X)   The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the

4    safety of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    (X)   information in the Pretrial Services Report and Recommendation

7    (X)   information in the violation petition and report(s)

8    (X)   the defendant's nonobjection to detention at this time

9    ( )   other: _____

11   IT THEREFORE IS ORDERED that the defendant be detained pending the further

12   revocation proceedings.

14   Dated: January 9, 2019

SHERI PYM
United States Magistrate Judge